UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80188-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MAIKEL SOTO,
    Defendant.
------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND APPOINTING CO-COUNSEL

**THIS CAUSE** come before the court upon motion from counsel representing the defendant in the above captioned case, filed January 31, 2008, [DE 48], to appoint co-counsel learned in the law of Capital Cases and upon the Report and Recommendation of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation are **adopted**.

2. Mr. William D. Mattewman, Esq. is **appointed** as co-counsel, under the Criminal Justice Act, to represent the above named defendant unless and until the government elects not to seek the death penalty against the defendant at which time the appointment of co-counsel will be rescinded.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 5th day of March, 2008.

**copy furnished:**
All counsel of record

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts